FILED

08/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0676

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0676

_____

RITA M. BLADES, Temporary Guardian and
Conservator for H.A.G.,

      Plaintiff and Appellee,

      v.

GARRY DOUGLAS SEAMAN,

      Defendant and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Shane A. Vannatta, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 2 2023